1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  ANDREW GSCHWIND, State Bar #231700
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:   (415) 554-3973
6  Facsimile:   (415) 554-4248

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

| OSCAR DWIGHT HOLLIN, JR., | Case No. CV 14-01609KAW |
|---|---|
| Plaintiff, | **PROOF OF SERVICE BY U.S. MAIL** |
| vs. | |
| THE SAN FRANCISCO LEAGUE OF URBAN GARDENERS, MOHAMMED NURU, JONATHAN, GROMWALK, EARNEST LUNU, THE CITY AND COUNTY OF SAN FRANCISCO, DOES 1-20. | |

I, DEBRA GRIFFIN, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On April 10, 2014, I served the following document(s):

**NOTICE OF REMOVAL OF ACTION PUSUANT TO 28 U.S.C. SECTIONS 1441 and 1446; STATEMENT OF JURISDICTION;**

**CIVIL COVER SHEET;**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

**ECF REGISTRATION INFORMATION;**

CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA;

STANDING ORDER FOR MAGISTRATE JUDGE KANDIS A. WESTMORE;

STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION;

SETTLEMENT CONFERENCE STANDING ORDER FOR MAGISTRATE JUDGE KANDIS A. WESTMORE

on the following persons at the locations specified:

Oscar Dwight Hollin, Jr.
642 South 52nd Street
Richmond, CA  94804
Tel: (510) 575-4329

PLAINTIFF, IN PRO PER

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed April 10, 2014, at San Francisco, California.

_____
DEBRA GRIFFIN