UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR DWIGHT HOLLIN, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No.  14-cv-01609-JD<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 8 |

Pro se plaintiff Oscar Dwight Hollin, Jr. filed a complaint against Defendant City and County of San Francisco ("CCSF") in San Francisco County Superior Court on or about June 6, 2013.  *See* Dkt. No. 1, Ex. A.  Defendant CCSF contends that it did not receive a copy of the summons and complaint until March 18, 2014.  *See* Dkt. No. 1 at 2.  On April 8, 2014, CCSF removed the case to this Court, (Dkt. No. 1), and on April 15, 2014, CCSF filed a Motion to Dismiss the Complaint.  *See* Dkt. No. 8.  Under Civil Local Rule 7-3, Mr. Hollin's response to CCSF's motion was due on May 2, 2014.  Mr. Hollin did not file a response to CCSF's motion.

Mr. Hollin is ordered to show cause why CCSF's Motion to Dismiss should not be granted.  Mr. Hollin's response is due by Noon on July 14, 2014.  Failure to respond to CCSF's Motion to Dismiss may result in the motion being granted, and the action being dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  July 2, 2014

                                                                         _____<br>
                                                                          JAMES DONATO<br>
                                                                          United States District Judge