UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR DWIGHT HOLLIN, JR., <br><br> Plaintiff, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No.   14-cv-01609-JD <br><br> **ORDER VACATING HEARING DATE** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant City and County of San Francisco's Motion to Dismiss, which has been noticed for hearing on July 9, 2014, is appropriate for decision without oral argument.

Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: July 3, 2014

_____
JAMES DONATO
United States District Judge